The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MYRIAM ZAYAS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON DEPARTMENT OF CHILDREN, YOUTH AND FAMILIES, et al.,<br><br>　　　　　Defendants. | NO. 2:20-cv-00981 JLR-TLF<br><br>ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS DEPARTMENT OF CHILDREN, YOUTH AND FAMILIES; KEJANA BLACK; AND LONETTE DOMINGUEZ<br><br>~~(PROPOSED)~~ |

The Court, having duly considered the foregoing stipulation of the parties, hereby grants plaintiff's request to voluntarily dismiss the above-captioned action with prejudice with regards to defendants Department of Children, Youth and Families, Kejana Black, and Lonette Dominguez, each side to bear their own respective fees and costs.

Dated this 19th day of October, 2020.

_____
The Honorable James L. Robart
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL　　　　　　　　　　1　　　　　　　　　ATTORNEY GENERAL OF WASHINGTON
(PROPOSED)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Torts Division
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　7141 Cleanwater Drive SW
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PO Box 40126
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Olympia, WA 98504-0126
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(360) 586-6300

| | |
|---|---|
| Presented by: | Approved as to form: |
| ROBERT W. FERGUSON<br>Attorney General | |
| /s/ Brendan Lenihan | /s/ Myriam Zayas |
| BRENDAN LENIHAN, WSB No. 56066<br>PETER KAY, WSB No. 24331<br>Assistant Attorneys General<br>Attorneys for Defendants | Myriam Zayas<br>Plaintiff |

ORDER OF DISMISSAL
(PROPOSED)

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300