UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MYRIAM ZAYAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF CHILDREN,<br>YOUTH & FAMILIES, et al.<br><br>　　　　　Defendants. | CASE NO. C20-0981JLR-TLF<br><br>ORDER OF REFERENCE |

Pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Rule MJR 3, the court hereby refers to Magistrate Judge Theresa Fricke Plaintiff's pending motion for joinder (Dkt. # 33). *See* 28 U.S.C. § 636(b)(1)(A); Local Rules W.D. Wash. MJR 3(a). Federal Rule of Civil Procedure 72(a) governs any objections to Magistrate Judge Theresa Fricke's rulings concerning the above-described motion. *See* Fed. R. Civ. P. 72(a); Local Rules W.D. Wash. MJR 3(b).

ORDER - 1

1  Accordingly, the court ORDERS that Plaintiff's motion for joinder (Dkt. # 33) is
2  referred to Magistrate Judge Theresa Fricke.  The court further DIRECTS and
3  EMPOWERS Magistrate Judge Theresa Fricke to conduct hearings and make further
4  necessary orders consistent with 28 U.S.C. § 636, the local rules, and this order.

5  Dated this 7th day of December, 2020.

JAMES L. ROBART
United States District Judge