UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MYRIAM ZAYAS,

                Plaintiff,

   v.

DEPARTMENT OF CHILDREN,
YOUTH & FAMILIES, et al.,

                Defendants.

CASE NO. C20-0981JLR-TLF

ORDER ADOPTING REPORT
AND RECOMMENDATION

This matter comes before the court on the Report and Recommendation of United States Magistrate Judge Theresa L. Fricke (R&R (Dkt. # 38)) and the objections thereto filed by Plaintiff Myriam Zayas (Obj. (Dkt. # 39)). Ms. Zayas is proceeding pro se in this matter. (*See generally* Dkt.) Magistrate Judge Fricke recommends to the court that it deny Ms. Zayas's motion to join her son as a plaintiff in this matter. (*See generally* R&R; *see also* Mot. (Dkt. # 33).) Defendants Shea Hopfauf and Jamia McRae

1   (collectively, "Defendants")[1] have responded to Ms. Zayas's objections.  (Resp. (Dkt.

2   # 45).)

3          The court referred Ms. Zayas's motion for joinder to Magistrate Judge Fricke

4   pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Rules W.D. Wash. MJR 3.  (*See* Ref.

5   Order (Dkt. # 36).)  Therefore, the court's consideration of Ms. Zayas's objections is

6   governed by Federal Rule of Civil Procedure 72(a), which provides that the district court

7   "must consider timely objections" to the Magistrate Judge's decision on a nondispositive

8   pretrial matter and "modify or set aside any part of the order that is clearly erroneous."

9   Fed. R. Civ. P. 72(a); (*see* Ref. Order at 1).  Having considered Magistrate Judge Fricke's

10  Report and Recommendation, Ms. Zayas's objections, Defendants' response, the relevant

11  portions of the record, and the applicable law, the court finds that Magistrate Judge

12  Fricke's Report and Recommendation denying Ms. Zayas's motion for joinder is not

13  "clearly erroneous or contrary to law."  Fed. R. Civ. P. 72(a); *Grimes v. City & Cty. of*

14  *San Francisco*, 951 F.2d 236, 240 (9th Cir. 1991).  Therefore, the court DENIES Ms.

15  Zayas's objections (Dkt. # 39); ADOPTS Magistrate Judge Fricke's Report and

16  Recommendation (Dkt. # 38); and DENIES Ms. Zayas's motion for joinder (Dkt. # 33).

17  //

18  //

19  //

20

21          [1] Ms. Zayas voluntarily dismissed her claims with prejudice against Defendants Department
22  of Children, Youth & Families; Kejana Black; and Lonette Dominguez.  (*See* 10/19/20 Order (Dkt
    # 30.)

ORDER - 2

1    Dated this 8th day of February, 2021.

2

3    _____

4    JAMES L. ROBART
     United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22