UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MYRIAM ZAYAS,<br><br>          Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF CHILDREN, YOUTH AND FAMILIES, et al.,<br><br>          Defendants. | CASE NO. C20-0981JLR-TLF<br><br>ORDER DISMISSING FIFTH AMENDED COMPLAINT |

Before the court is *pro se* Plaintiff Myriam Zayas's fifth amended complaint. (5th Am. Compl. (Dkt. # 32).) On September 8, 2021, the court adopted in part and modified in part a Report and Recommendation by Magistrate Judge Theresa L. Fricke; dismissed Ms. Zayas's fifth amended complaint for failure to state a claim; and granted Ms. Zayas 21 days—until September 29, 2021—to file an amended complaint that addressed the deficiencies identified in the Report and Recommendation. (*See* 9/8/21 Order (Dkt. # 60).) To date, however, Ms. Zayas has not filed an amended complaint. (*See generally*

ORDER - 1

Dkt.)  Accordingly, the court DISMISSES Ms. Zayas's fifth amended complaint (Dkt. # 32) with prejudice and without leave to amend.  The Clerk is DIRECTED to send copies of this order to Ms. Zayas and to Magistrate Judge Fricke.

Dated this 12th day of October, 2021.

JAMES L. ROBART
United States District Judge

ORDER - 2